# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 242 WAL 2022

　　　　　　　　　Respondent

　　　　　　　　　　　　　　　 : Petition for Allowance of Appeal
　　　　　　　　　　　　　　　 : from the Order of the Superior Court

　　　　　　　v.

SEAN MOFFITT,

　　　　　　　　　Petitioner

## ORDER

**PER CURIAM**

　　**AND NOW**, this 7th day of February, 2023, the Petition for Allowance of Appeal and the Motion for the Appointment of Counsel are **DENIED**.